**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **BRADLEY RODGERS, # 234196,** | * |
| | * |
|     **Plaintiff,** | * |
| | * |
| **vs.** | * CIVIL ACTION NO. 20-00224-JB-B |
| | * |
| **LT. SMITH,** | * |
| | * |
|     **Defendant.** | * |

<u>**ORDER**</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated June 16, 2020 (Doc. 5) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be **DISMISSED without prejudice** for Plaintiff's failure to prosecute and obey the Court's order.

    **DONE and ORDERED** this 17th day of July, 2020.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE
